UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
18 AUG 16 PM 6:24

| UNITED STATES OF AMERICA, | Case No. 18CR3656JLS |
|---|---|
| v. | **NOTICE OF RELATED CASE** |
| DAVID WILLIAMS HAAS, | |
| Defendant. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States v. Leonard Glenn Francis, et al.</u>, Case No. 13-CR-3781-JLS, <u>United States v. Leonard Glenn Francis, et al.</u>, Case No. 13-CR-3782-JLS, <u>United States v. Leonard Glenn Francis, et al.</u>, Case No. 13-CR-4287-JLS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

\_\_\_\_\_ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

__X__ (2) Prosecution against different defendants arises from:

  \_\_\_\_\_ (a) A common wiretap

  __X__ (b) A common search warrant

  \_\_\_\_\_ (c) Activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 8/15/18.

ADAM L. BRAVERMAN
United States Attorney