# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 18CR3656-JLS |
| Plaintiff, ) | **ORDER CONTINUING SENTENCING HEARING** |
| vs. ) | |
| DAVID WILLIAMS HAAS, ) | |
| Defendant. ) | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Sentencing hearing shall be continued from December 4, 2020, to June 18, 2021, at 9:00 a.m.  Defendant shall file an acknowledgment of the new hearing date withing one week of this order.

IT IS SO ORDERED.

DATED: December 1, 2020

Honorable Janis L. Sammartino
United States District Judge

18CR3656-JLS