UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 18CR3656-JLS |
| Plaintiff, ) | **ORDER CONTINUING SENTENCING HEARING** |
| vs. ) | |
| DAVID WILLIAMS HAAS, ) | |
| Defendant. ) | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Sentencing hearing shall be continued from June 18, 2021, to February 11, 2022, at 10:30 a.m.

IT IS SO ORDERED.

DATED:  06/04/2021

Hon. Janis L. Sammartino
United States District Judge

18CR3656-JLS