BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023
brian@bjwlaw.com

Attorney for,
DAVID HAAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR3656-JLS |
| Plaintiff, | JOINT MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS |
| vs. | |
| DAVID HAAS, | |
| Defendant. | |

David Haas, by and through his attorneys JEREMIAH SULLIVAN and BRIAN J. WHITE, respectfully moves the court to modify pretrial release conditions.

This motion is based on the grounds set forth in the accompanying declaration of counsel.

                                              Respectfully Submitted,

DATE: June 7, 2021           /s/ Brian J. White
                                          BRIAN J. WHITE, Attorney for
                                          Defendant, DAVID HAAS

DATED: June 7, 2021          /s/Jeremiah Sullivan
                                          JEREMIAH SULLIVAN
                                          Attorney for Defendant,
                                          DAVID HAAS