BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone: (619) 280-8022
Facsimile: (619) 280-8023
brian@bjwlaw.com

Attorney for
DAVID HAAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR3656-JLS |
| Plaintiff, | DECLARATION OF BRIAN J. WHITE IN SUPPORT MOTION TO MODIFY PRETRIAL RELEASE CONDITIONS |
| vs. | |
| DAVID HAAS, | |
| Defendant. | |

I, BRIAN J. WHITE, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California, and before the United States District Court for the Southern District of California and have been retained to represent David Haas.

2. On August 16, 2018, an indictment was filed against Haas alleging violation of Title 18, U.S.C., Sec. 371 - Conspiracy to Commit Bribery; Title 18, U.S.C., Sec. 201(b)(2)(A) and (C) - Bribery; Title 18, U.S.C. Secs. 1349, 1346 and 1343 - Conspiracy to Commit Honest Services Fraud; Title 18, U.S.C., Sec. 981 (a)(1)(C) and Title 28, U.S.C., Sec. 2461(C)-Criminal Forfeiture.

3. On June 9, 2020, Mr. Haas entered a guilty plea to Conspiracy to Commit Bribery (18 U.S.C. Sec. 371), and sentencing is currently scheduled on

February 11, 2022.

5.     Bail was set in the amount of $50,000 secured by one financially responsible adult. Mr. Haas' travel was restricted to the District of Hawaii and Southern District of California.  Mr. Haas was released on bond August 30, 2018.

6.     Mr. Haas is requesting permission to travel Wooster, Ohio for a family reunion. Dates of travel will be June 18, 2021 through June 23, 2021.

7.     Mr. Haas therefore seeks a modification of his terms of pretrial release to permit him to travel on those dates to Wooster, Ohio.

8.     Assistant United States Attorney, Mark Pletcher, informed my paralegal the United States has no objection to this travel. .

6.     Pretrial Services officer, Diane Arima-Linsoctt, United States Pretrial, District of Hawaii  informed my paralegal that she has no objection to this travel.

7.     For these reasons, the government, pretrial, and I jointly request the court to modify the conditions of pre-trial release.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 7th day of June, 2021, in San Diego, California.

　　　　　　　　　　　　　　　　　　/S/Brian J. White
　　　　　　　　　　　　　　　　　　BRIAN J. WHITE