BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone (619) 280-8022
Facsimile (619) 280-8023
brian@bjwlaw.com

Attorney for Defendant,
DAVID HAAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HAAS,<br><br>Defendant. | Case No. 18CR3656-JLS<br><br>**ACKNOWLEDGMENT OF SURETY** |

I, Daniel Haas, surety for David Haas, have no objection to David Haas traveling to Wooster, Ohio on June 18, 2021 through June 23, 2021.

DATE: 6/5/2021

_____
DANIEL HAAS, Surety

Acknowledgment of Surety                                        Page 1