1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,          )      Case No. 18CR3656-JLS
                                          )
12                   Plaintiff,           )      **ORDER CONTINUING**
                                          )      **SENTENCING HEARING**
13             vs.                        )
                                          )
14    DAVID WILLIAMS HAAS,                )
                                          )
15                   Defendant.           )
                                          )
16    _____)

17         Pursuant to joint motion, **IT IS HEREBY ORDERED** that the Sentencing

18    hearing shall be continued from February 11, 2022, to June 17, 2022, at 10:30 a.m.

19    Defendant shall file an acknowledgment of the new hearing date within one week of

20    this order.

21         IT IS SO ORDERED.

22

23    DATED:  January 7, 2022

24                                              _____
                                                Honorable Janis L. Sammartino
25                                              United States District Judge

26

27

28

                                                                        18CR3656-JLS