UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR3656-JLS |
| Plaintiff, | |
| vs. | ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| DAVID HAAS, | |
| Defendant. | |

Pursuant to the joint motion of Defendant [Doc No. 59], IT IS HEREBY ORDERED that the terms of Mr. Haas' pretrial release shall be modified as follows: Mr. Haas shall be permitted to travel to Ohio with the permission of United States Pretrial, District of Hawaii.

IT IS SO ORDERED

DATED: February 16, 2022

_____
Honorable Janis L. Sammartino
United States District Judge