BRIAN J. WHITE  Bar No. 155198
Attorney at Law
4320 Iowa Street
San Diego, CA 92104
Telephone (619) 280-8022
Facsimile (619) 280-8023
brian@bjwlaw.com

Attorney for Defendant,
DAVID HAAS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| UNITED STATES OF AMERICA, | ) | Case No. 18CR3656-JLS |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ACKNOWLEDGMENT** |
| | ) | |
| DAVID WILLIAMS HAAS, | ) | |
| Defendant. | ) | |

I, DAVID WILLIAMS HAAS, hereby acknowledge that the Sentencing hearing currently set in the above captioned case on September 8, 2022, has been continued to January 12, 2023, at 9:00 a.m. I further acknowledge that I must be personally present at that hearing.

DATE:  8/8/2022

DAVID WILLIAMS HAAS

## eSignature Details

| | |
|---|---|
| **Signer ID:** | **RxQXt7ZTJTdX92fvGfKtkfJN** |
| Signed by: | David Haas |
| Sent to email: | davidwhaas1968@msn.com |
| IP Address: | 66.8.245.243 |
| Signed at: | Aug 8 2022, 6:51 pm PDT |